578 A.2d 1226

IN THE MATTER OF MICHAEL E. CUNNINGHAM, AN
ATTORNEY–AT–LAW.

September 12, 1990.

DISCIPLINARY ACTION

CONSENT ORDER

· THIS MATTER, having been opened to the Court by DAVID
E. JOHNSON, JR., Director, Office of Attorney Ethics, and
with the consent of the Respondent, Michael E. Cunningham, of
Brick and Spring Lake, and Charles M. Moriarty, respondent's
counsel, and it appearing that the Office of Attorney Ethics and
Respondent having agreed to Respondent being temporarily
suspended from the practice of law, together with the addition-
al relief provided in this Order, pending final disposition of all
ethics grievances before the District XIV Ethics Committee,

IT IS ORDERED that:

1. Michael E. Cunningham of Brick and Spring Lake, admit-
ted to practice in this State in 1972, is temporarily suspended
from the practice of law, effective immediately, pending final
determination of all grievances, and until further Order of the
Court.

2. The Office of Attorney Ethics takes such protective ac-
tion pursuant to *R.* 1:20–11(c), as may be appropriate to gain
possession and control of the legal files, records, practice and
trust assets of Michael E. Cunningham wherever situate.

3. All funds, if any, presently existing in any New Jersey
financial institution maintained by Michael E. Cunningham pur-
suant to *R.* 1:21–6 shall be restrained from disbursement and
shall be transmitted by the banks which are the present custodi-
ans thereof to the Clerk of the Superior Court for deposit in the
Superior Court Trust Fund pending the further Order of this
Court.

4. Michael E. Cunningham is hereby restrained and enjoined from practicing law during the period of suspension.

5. Michael E. Cunningham is hereby restrained and enjoined from disbursing funds from any of the foregoing bank accounts.

6. Michael E. Cunningham shall comply with Administrative Guideline No. 23 of the Office of Attorney Ethics governing suspended, disbarred or resigned attorneys.